(Official Form 1) (9/97)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br>*Kim, Myung Kook* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br>*Kim, Duke Soon* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*dba La Canada Preschool Daycare* |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*XXX-XX-2794* | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*XXX-XX-7423* |
| STREET ADDRESS OF DEBTOR:<br>*704 Portola Terrace*<br>*Los Angeles, CA 90042*    *Ph:* | STREET ADDRESS OF JOINT DEBTOR:<br>*704 Portola Terrace*<br>*Los Angeles, CA 90042* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*Los Angeles* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*Los Angeles* |
| MAILING ADDRESS OF DEBTOR:<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR:<br>*SAME* |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* | |

## Information Regarding the Debtor  (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[X] Individual(s)      [ ] Railroad<br>[ ] Corporation      [ ] Stockbroker<br>[ ] Partnership      [ ] Commodity Broker<br>[ ] Other _____ | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box)<br>[X] Chapter 7   [ ] Chapter 11 [ ] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business  [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business<br>under 11 U.S.C. S1121(e) (Optional) | individuals only) _____<br>for the cour<br>debtor is ur<br>installments<br>Rule 1006(b) |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[ ] Debtor estimates that funds will be available for distribution to unsecure creditors.
[X] Debtor estimates that, after any exempt property is excluded and administr expenses paid, there will be no funds available for distribution to unsecu creditors.

ESTIMATED NO. OF CREDITORS:   [X] *1-15*
ESTIMATED ASSETS (thousands):   [X] *$0 to $50,000*
ESTIMATED DEBTS (thousands):   [X] *$500,001-1million*

01/28/2004   **FILED**   18:01
**LA04-11875MT**
DEBTOR:
KIM, MYUNG KOOK
JUDGE: HON. M. Tighe - 667
TRUSTEE: BT64   CH: 07 (COMPLETE)
341A MTG: 03/05/2004 10:00 F08
ADR: 725 S. Figueroa St., #101   L.A.

---

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 723
RECEIPT NO: LA-002843   $ 209.00

Form B1 (Official Form 1) Page 2 - (Rev. 9/01)                                                                      2001 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1, Page 2** |
|---|---|---|
| *(This page must be completed and filed in every case)* | MYUNG KOOK KIM & DUKE SOON KIM | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____ 1/26/04
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Young K. Chang
Printed Name of Attorney for Debtor(s)

Young K. Chang
Firm Name

3435 Wilshire Blvd., #2400
Address Los Angeles, CA 90010

213-480-1050
Telephone Number

1/26/04          #164906
Date            Bar Number

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  1/26/04
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.