UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re  *Myung Kook Kim*                                    Case No.
       and                                                 Chapter 7
       *Duke Soon Kim*
       *dba La Canada Preschool Daycare*
_____/ Debtors

Attorney for Debtor: Young K. Chang

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

   *Debtors' income*
   Income, year to date: *$2,000.00*
           Last year: *$12,431.00*
          Year before: *$93,518.00*
            Source(s): *Earned income*

2. Income other than from Employment or Operation of Business.

   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

   [X] None

3. Payments to Creditors.

   a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

   [X] None

   b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

   [X] None

---

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

   [X] None

---

   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

   [X] None

---

5. Repossessions, Foreclosures and Returns.

   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

          Creditor/seller: *Ress Financial Corp.*
                  Address: *17291 Irvine Blvd., #262, Tustin, CA 92780*
                     Date: *8/03*
     Property description: *Single family residence*
                    Value: *$372,079.14*

---

6. Assignments and Receiverships.

   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

   [X] None

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

---

7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

---

8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

---

9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

              Payee: *Young K. Chang*
           Address: *3435 Wilshire Blvd., #2400*
             Addr2: *Los Angeles, CA 90010*
Date of payment: *January 26, 2004*
             Payor: *Myung Kook Kim*
  Payment/Value: *$1,750.00*

---

## 10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

---

## 11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

[X] None

---

## 12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

---

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

---

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

---

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

---

## 16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

LA CANADA PRESCHOOL DAYCARE     closed in 12/02
4511 Hillard Ave., La Canada, CA 91011

ONAMI CORP.  (Bankruptcy filed on 6/02)
2043 Imperial St., Los Angeles, CA

---

17. Books, records and financial statements.

    a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

    SINABURO, INC.
    2954 West 8th St., #201, Los Angeles, CA 90005

    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

    [X] None

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

    [X] None

    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

    [X] None

18. Inventories.

    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

    [X] None

    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

    [X] None

19. <u>Current Partners, Officers, Directors and Shareholders.</u>

   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

   [X] None

   _____

   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

   [X] None

   _____

20. <u>Former partners, officers, directors and shareholders.</u>

   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

   [X] None

   _____

   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

   [X] None

   _____

21. <u>Withdrawals from a Partnership or Distributions by a Corporation.</u>

   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

   [X] None

   _____

Statement of Affairs -- Page 7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _____1/26/04_____    Signature _____
                                     Myung Kook Kim, Debtor

Date _____1/26/04_____    Signature _____
                                     Duke Soon Kim, Joint Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.